# United States Distri[ct]

### FOR THE
### NORTHERN DISTRICT OF CALIF[ORNIA]

## VENUE: SAN FRANCISCO

**FILED**

Dec 16 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

JAVONTA LYKES

DEFENDANT(S).

---

# INDICTMENT

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition;
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

---

A true bill.

/s/ Foreperson of the Grand Jury

Foreman

---

Filed in open court this 15th day of

December, 2020.

Clerk

Bail, $ No process

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2

3

4

5

6

7

**FILED**

Dec 16 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,          )   CASE NO.  CR20-478 WHA
                                       )
12         Plaintiff,                  )   <u>VIOLATION</u>:
                                       )   18 U.S.C. § 922(g)(1) – Felon in Possession of a
13     v.                              )   Firearm and Ammunition;
                                       )   18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) –
14  JAVONTA LYKES,                     )   Forfeiture Allegation
                                       )
15         Defendant.                  )
                                       )
16  _____

17              I N D I C T M E N T

18  The Grand Jury charges:

19  <u>COUNT ONE</u>:          (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition)

20         On or about April 5, 2020, in the Northern District of California, the defendant,

21                          JAVONTA LYKES,

22  knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding

23  one year, knowingly possessed a firearm, namely, one .380 caliber Bryco pistol bearing the serial

24  number 1225838, and loaded with ammunition, namely, one round of .380 caliber ammunition, and the

25  firearm and ammunition were in and affecting interstate commerce, all in violation of Title 18, United

26  States Code, Section 922(g)(1).

27

28

INDICTMENT

1   <u>FORFEITURE ALLEGATION</u>:   (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

2        The allegations contained in the sole count of this Indictment are re-alleged and incorporated by

3   reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)

4   and Title 28, United States Code, Section 2461(c).

5        Upon conviction of the offense set forth in this Indictment, the defendant,

6                                JAVONTA LYKES,

7   shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28,

8   United States Code, Section 2461(c), any firearm and ammunition involved in the knowing commission

9   of the offense, including, but not limited to, the following property:

10        a.   one .380 caliber Bryco pistol bearing the serial number 1225838; and

11        b.   all ammunition recovered with or in the firearm, namely one round of .380 caliber

12             ammunition.

13        If any of the property described above, as a result of any act or omission of the defendant:

14        a.   cannot be located upon exercise of due diligence;

15        b.   has been transferred or sold to, or deposited with, a third party;

16        c.   has been placed beyond the jurisdiction of the court;

17        d.   has been substantially diminished in value; or

18        e.   has been commingled with other property which cannot be divided without

19             difficulty,

20   the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,

21   United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

22

23

24

25

26

27

28

INDICTMENT                    2

1

2          All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code,

3    Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

4

5    DATED: December 15, 2020                              A TRUE BILL.

6

7                                                          /s/_____

8                                                          FOREPERSON
                                                           San Francisco

9

10   DAVID L. ANDERSON
     United States Attorney

11

12   */s/ Leif Dautch*
     LEIF DAUTCH
13   Assistant United States Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT                          3