HANNAH LABAREE
CBN #294338
1521 Shattuck Ave., #9063
Berkeley, CA 94709
Telephone:   (916)287-3375
Email:        hlabaree@proton.me

Counsel for Defendant LYKES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 3:20–cr-478 WHA |
|---|---|
| Plaintiff, | **ORDER FOR RELEASE AND FOR HALFWAY HOUSE PLACEMENT** |
| v. | |
| JAVONTA LYKES, | |
| Defendant. | |

On December 31, 2025, Javonta Lykes appeared before the court for a hearing on appointment of counsel and status on detention, related to a pending Form 12. At that point, the Court ordered him released from custody to reside in the halfway house. **IT IS HEREBY ORDERED** that:

1) Mr. Lykes shall be released from the custody of the U.S. Marshal on **January 5, 2026**;

2) Mr. Lykes shall report to the Residential Reentry Center located at 111 Taylor Street in San Francisco by 5:00 PM on Monday, January 5, 2026;

RELEASE ORDER
*LYKES*, CR 3:20–478 WHA

3) Mr. Lykes then must reside at the Residential Reentry Center for up to 120 days, as directed by Probation and abide by the rules of the facility.

//

DATED: December 31, 2025

HON. THOMAS S. HIXSON
United States Magistrate Judge