HANNAH LABAREE
CBN #294338
1521 Shattuck Ave., #9063
Berkeley, CA 94709
Telephone: (916)287-3375
Email: hlabaree@proton.me

Counsel for Defendant LYKES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAVONTA LYKES,<br>Defendant. | **Case No.:** CR 3:20–cr-478 EMC<br><br>**ORDER FOR RELEASE AND FOR HALFWAY HOUSE PLACEMENT** |

On August 6, 2026, Javonta Lykes appeared before the court for a detention hearing related to a pending Form 12. At that point, the Court ordered him released from custody to reside in the halfway house, pending approval of the modification of terms of release by the District Judge.

On August 7, 2026, District Judge Chen approved a modification to the terms of Mr. Lykes' supervised release. CR 176. On August 10, the Probation Officer confirmed that the halfway house has a bed space available for Mr. Lykes.

**IT IS HEREBY ORDERED** that:

1) Mr. Lykes shall be released from the custody of the U.S. Marshal on Monday, August 10, 2026.

2) Mr. Lykes shall report to the Residential Reentry Center located at 111 Taylor Street in San Francisco on August 10th following his release from custody.

3) Mr. Lykes then must reside at the Residential Reentry Center for up to 180 days, as directed by Probation, and must abide by the rules of the facility.

//

DATED: August 10, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge